# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:08-cv-05272-FMC-PJWx | Date | August 14, 2008 |
|---|---|---|---|
| Title | Student v. Manhattan Beach Unified School District | | |

| Present: The Honorable | FLORENCE-MARIE COOPER | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   ORDER DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER and ORDER TO SHOW CAUSE   (In Chambers)

This matter is before the Court on Plaintiff's Application for Temporary Restraining Order and Order to Show Cause Re Preliminary and Permanent Injunction (docket no. 5), filed August 12, 2008. Plaintiff has not demonstrated a likelihood of establishing that she has a right to have the status quo maintained with regard to the particular school she attends within her school district. Because Plaintiff has failed to establish a likelihood of success on the merits, the Application is DENIED.

Additionally, not later than August 27, 2008, Plaintiff is ORDERED TO SHOW CAUSE why this case should not be dismissed for lack of subject matter jurisdiction. Defendant's opposition, if any, shall be filed no later than September 2, 2008; and Plaintiff's reply, if any, shall be filed no later than September 9, 2008. Thereafter, the Court will take the matter under submission.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |